UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14008-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MARCOS FLORES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 14, 2011. A Report and Recommendation was filed on February 17, 2011, (D.E.#24), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment which charges that the Defendant, an alien, having previously been ordered deported and removed from the United States on or about September 13, 2007, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to said alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of March, 2011.

                                                                                _____
                                                                        JOSE E. MARTINEZ
                                                                        UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office